UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

PAULA A. SMITH

v.                                          CA 08-407 ML

MICHAEL J. ASTRUE
Commissioner of the Social Security Adminsitration

## MEMORANDUM AND ORDER

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Almond on December 30, 2009. The Magistrate Judge recommends that the Commissioner's Motion for an Order Affirming the Decision of the Commissioner be granted. Neither party has filed any response to the Report and Recommendation.

This Court has reviewed the Report and Recommendation and concludes that the Magistrate Judge's factual findings are fully supported by the record and that he has correctly applied the pertinent law to those facts.

Accordingly, this Court adopts the Report and Recommendation in its entirety. The Motion for an Order Affirming the Decision of the Commissioner is hereby GRANTED.

SO ORDERED:

_____
Mary M. Lisi
Chief United States District Judge
January 20 , 2010